South Park Commissioners, appellee, v. Harry Vested, appellant. Gen. No. 35,669.

Opinion filed June 15, 1932.
Rowe & Bailey, for appellant. George E. Gorman, for appellee.
Mr. Justice Wilson delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Jack Kral, plaintiff in error. Gen. No. 35,710.

Opinion filed June 15, 1932.
Joseph Lustfield, for plaintiff in error; Thomas M. Zasidil, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

Herman Lewis et al., appellees, v. Universal Carloading & Distributing Company, appellant. Gen. No. 35,788.

Opinion filed June 20, 1932. Rehearing denied June 27, 1932.
Pruitt & Grealis, for appellant; Jules M. Zwick, for appellees; Jules M. Zwick and Robert L. Katz, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

George A. Manes, appellee, v. Thomas N. Deligianes, appellant. Gen. No. 35,812.

Opinion filed June 20, 1932.
James A. Kealey, for appellant. Martin G. Loeff, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.